Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER KOSNICKI,<br><br>Defendant. | No. CR12-144RAJ<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon the request of United States Probation Officer Erin O'Donnell for early termination of Defendant Alexander Kosnicki's term of supervised release. Having considered the request, the Government's opposition, and the files and pleadings herein,

IT IS ORDERED that the request for early termination of supervised release is DENIED.

DATED this 29th day of June, 2018.

_____
The Honorable Richard A. Jones
United States District Judge