Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER KOSNICKI,<br><br>  Defendant. | No. CR12-144RAJ<br><br>ORDER DENYING DEFENDANT'S PETITION FOR EARLY TERMINATION OF SUPERVISION |

THIS MATTER comes before the Court upon the pro se petition of Defendant Alexander Kosnicki for Early Termination of Supervision. Having considered the petition, the Government's opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant's Petition for Early Termination of Supervision (Dkt. #65) is DENIED.

DATED this 15th day of January, 2019.

The Honorable Richard A. Jones
United States District Judge